702 So.2d 637 (1997)
Danny HAMMOND, Appellant,
v.
STATE of Florida, Appellee.
No. 97-2234.
District Court of Appeal of Florida, First District.
December 23, 1997.
Danny Hammond, pro se.
No appearance for Appellee.
PER CURIAM.
AFFIRMED. See Magwood v. State, 701 So.2d 615 (Fla. 2d DCA 1997); Llerena v. State, 696 So.2d 1301 (Fla. 3d DCA 1997); Mitchell v. State, 696 So.2d 410 (Fla. 5th DCA), review denied mem., 700 So.2d 686 (Fla.1997); Dean v. State, 693 So.2d 1014 (Fla. 3d DCA), review dismissed mem., 697 So.2d 1215 (Fla.1997).
ALLEN, WEBSTER and DAVIS, JJ., concur.